UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00156-HZ-10 |
| v. | INFORMATION |
| RONIE MONTOYA LOZANO, | 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B); 18 U.S.C. § 2 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Conspiracy to Distribute Heroin)**
**(21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B), 18 U.S.C. § 2)**

Beginning on a date unknown and continuing until April 23, 2020, in the District of Oregon, defendant **RONIE MONTOYA LOZANO** and other unnamed conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other to commit the following objects in violation of Title 21, United States Code, Section 846:

**A.** **Possession with Intent to Distribute Heroin**: The conspirators agreed to possess with intent to distribute one hundred grams or more of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(i) and Title 18, United States Code, Section 2.

**B.** **Distribution of Heroin**: The conspirators agreed to distribute 100 grams or more of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(i) and Title 18, United States Code, Section 2.

# **FORFEITURE ALLEGATION**

Upon conviction of the offenses in Count 1, defendant **RONIE MONTOYA LOZANO**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: July 14, 2022

Respectfully submitted,

SCOTT ERIK ASPHAUG
United States Attorney

*/s/Lewis Burkhart*
LEWIS S. BURKHART, OSB #082781
Assistant United States Attorney